IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01018-PAB

KENNETH L. SMITH,

    Plaintiff,

v.

STEPHEN H. ANDERSON, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    On October 16, 2009, defendants Daniel, Blackburn, and Krieger filed a motion for sanctions [Docket No. 21]. They certify that they served the motion on October 13, 2009 by electronically filing it with the Court. As noted, however, the motion was not electronically filed until October 16, 2009. In any event, pursuant to Fed. R. Civ. P. 11(c)(2), neither date of service satisfies the requirements of Fed. R. Civ. P. 11(c)(2) and, therefore, it is

    **ORDERED** that the motion for sanctions [Docket No. 21; public entry Docket No. 23] is denied.

    Dated October 16, 2009.