IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01018-PAB

KENNETH L. SMITH,

    Plaintiff,

v.

STEPHEN H. ANDERSON, et al.,

    Defendants.

---

**ORDER IMPOSING FILING RESTRICTIONS**

---

On November 19, 2009, this Court ordered that plaintiff Kenneth L. Smith had until January 5, 2010 to file written objections to proposed filing restrictions [Docket No. 51]. On January 5, 2010, plaintiff filed a motion to alter or amend judgment [Docket No. 54] wherein he objects to the imposition of filing restrictions. He argues, *inter alia*, that this Court lacks the authority to impose the filing restrictions. The Tenth Circuit has recognized the district court's power to "impos[e] carefully tailored restrictions in appropriate circumstances." *Andrews v. Heaton*, 483 F.3d 1070, 1077 (10th Cir. 2007); *see Tripati v. Beaman*, 878 F.2d 351, 352 (10th Cir. 1989). For the reasons stated in this Court's November 19 Order, this is an appropriate circumstance. The objections proffered by Mr. Smith do not call those reasons into question. Therefore, it is

**ORDERED** that, effective January 15, 2010, Mr. Smith will not be permitted to file new actions in this Court without the representation of a licenced attorney admitted to practice in the District of Colorado. The requirement that he have such counsel will

be lifted only if he has obtained permission from this Court to proceed pro se.  In order to obtain such permission, he must take the following steps:

    1.  File a motion with the clerk of this Court requesting leave to file a pro se case;

    2.  The motion for leave to proceed pro se must include a list, by case name, number, and citation where applicable, of all proceedings currently pending or filed previously in this Court, with a statement indicating the nature of his involvement in, and the current status or disposition of, each proceeding.

    3.  The motion for leave to proceed pro se must identify the legal issues that the proposed new complaint raises and whether he has raised these issues in other proceedings in this Court.  If so, he must cite the case number and docket number where such legal issues have been previously raised.

If Mr. Smith files a pro se action without permission of this Court to do so, it will be summarily dismissed.

Nothing in this Order shall be construed as preventing plaintiff, in compliance with Federal Rule of Civil Procedure 11(b), from filing or responding to any motions in the pending case, *Smith v. Arguello, et al.*, No. 09-cv-02589-PAB.

DATED January 13, 2010.

BY THE COURT:

s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge